UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MAURICE N. GAINES, et al.          )
                                   )
v.                                 )   Civil Action No. 3:11-0581
                                   )   Judge Sharp/Knowles
COMTRAK LOGISTICS, INC.            )

<u>O R D E R</u>

The Initial Case Management Conference in this action previously set for September 19, 2011, at 1:00 p.m., is hereby rescheduled for **September 20, 2011, at 10:00 a.m.** before the undersigned. Prior to the hearing, counsel for the parties are directed to confer on a Proposed Case Management Order for the progression of this case, which shall be submitted prior to the Case Management Conference.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge